FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

2013 JUN 21  AM 11: 23

CLERK
SO. DIST. OF GA.

MICHAEL P. HUNTER,                )
                                  )
    Plaintiff,                    )
                                  )
v.                                )   CASE NO. CV413-035
                                  )
JUDGE LOUISA ABBOTT; THOMAS       )
CERBONE, Assistant District       )
Attorney; and JENNIFER BURNS,     )
Public Defender's Office;         )
                                  )
    Defendants.                   )
                                  )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's first Motion to Rectify (Doc. 7) is **GRANTED IN PART** and **DENIED IN PART**. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** and second Motion to Rectify (Doc. 8) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 21ST day of June 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA