FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2013 JUN 21 AM 11:23
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

MICHAEL P. HUNTER, )
)
Plaintiff, )
)
v. ) CASE NO. CV413-035
)
JUDGE LOUISA ABBOTT; THOMAS )
CERBONE, Assistant District )
Attorney; and JENNIFER BURNS, )
Public Defender's Office; )
)
Defendants. )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 9), to which no objections have been filed. After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's first Motion to Rectify (Doc. 7) is **GRANTED IN PART** and **DENIED IN PART**. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** and second Motion to Rectify (Doc. 8) is **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 21ST day of June 2013.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA